# Courtroom Minute Sheet
## Sentencing Proceedings

Date: 2/20/18                                         Case No. 1:17CR41RLW

UNITED STATES OF AMERICA v. Lawrence Strickland

Judge Ronnie L. White      Court Reporter Debbie Kriegshauser      Probation Officer Chelsea Sawyer

Plaintiff Attorney Paul Hahn            Defendant's Attorney Mike Skrien

Deputy Clerk Michelle Schaefer          Interpreter

☒ Defendant/Parties present for imposition of sentence.

☒ Objections to Presentence Report heard and denied/granted as follows: made on the record-overruled

☒ Presentence Report adopted/accepted by the Court          ☒ PSR filed under seal
☒ Sentence Imposed – See Judgment

☒ Defendant committed to BOP for a term of 180 months as to Count(s) 1

to run ☐ concurrent ☐ consecutive for aggregate term of _____ months. Supervised release
3 years as to Count(s) _____ to run ☐ concurrent ☐ consecutive for an aggregate term of
_____ years supervised release. Standard conditions. Special Conditions:
Conditions of supervised release imposed. See Jgm.

☒ Fine Waived. Special Assessment: 100      Fine: _____   Restitution: _____
☐ Count(s) _____ dismissed on Motion of AUSA
☒ Defendant remanded to custody of USMS.
☐ Defendant granted a voluntary surrender to the institution/USMS for incarceration as notified by USMS.

Surrender date _____

☒ Court makes the following recommendation to BOP: Marion or Memphis

## Motion to withdraw plea and motion for new counsel are denied

☐ Defendant is released on Probation pending processing by USMS: _____

Witnesses: _____
☐ Exhibits returned to and retained by counsel

Courtroom time: 10:40 to 11:05